SEBASTIAN BENNETT V. THE STATE.

No. 8791.   Decided October 15, 1924.

No motion for rehearing filed.

**Burglary.**

No statement of facts nor bill of exception contained in record; cause is affirmed.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of burglary; penalty, two years confinement in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for burglary with punishment assessed at two years in the penitentiary.

No statement of facts nor bills of exception accompany the record. The indictment is regular and the charge of the court applicable to facts provable under the charge.

No question is presented to this court for review, and the judgment is affirmed.

*Affirmed.*